# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00433-GWF |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE PROBATION REVOCATION HEARING |
| MARTIN CASTRO-PENALOSA, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Assistant United States Attorney and Nadia Ahmed, Special Assistant United States Attorney, counsels for the United States of America, and Monique Kirtley, Assistant Federal Public Defender, counsel for defendant **MARTIN CASTRO-PENALOSA** that the probation revocation hearing in the above-captioned matter, currently scheduled for November 12, 2015, at the hour of 3:00 p.m., be vacated and continued for thirty (30) days or to a date and time thereabout convenient to the Court.

This stipulation is entered into for the following reasons:

1.  Defendant is in custody at the Clark County Detention Center and a writ must be filed to bring the defendant over for the revocation hearing.

2.  Parties need additional time to discuss potential resolution of the petition prior to the revocation hearing.

3. Defendant does not object to the continuance.

3. There has been no previous request for continuance of the probation revocation granted herein.

DATED this 10th day of November, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Monique Kirtley               /s/ Phillip Smith

MONIQUE KIRTLEY              PHILLIP SMITH
Counsel for defendant            Assistant United States Attorney
**MARTIN CASTRO-PENALOSA**

/s/ Nadia Ahmed

NADIA AHMED
Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>　　　　Plaintiff,  <br><br>　vs.  <br><br>MARTIN CASTRO-PENALOSA,  <br><br>　　　　Defendant. | Case No: 2:11-cr-00433-GWF  <br><br>ORDER CONTINUING PROBATION REVOCATION |

　　Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

　　IT IS HEREBY ORDERED that the probation revocation in the above-captioned matter currently scheduled for November 12, 2015, at the hour of 3:00 p.m., be vacated and continued to  December 14 , 2015, at the hour of 10:30 a.m.

　　　　DATED this  12th  day of November, 2015

　　　　　　　　　　　　　　　　_George Foley Jr._
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3